

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Linda S. Restrepo and Carlos E. Restrepo, d/b/a Collectively RDI Global Services and R & D International, | § § | No. 08-13-00183-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No 5 |
| v. | § | of El Paso County, Texas |
| Alliance Riggers & Constructors, Ltd., | § | (TC# 2012DCV04523) |
| Appellee. | § | |

# **O R D E R**

On August 30, 2013, the Court issued an order directing Appellants to file with the Court a reasonable explanation for failure to timely file the notice of appeal. Appellants have complied and assert that they mistakenly believed their request for findings of fact and conclusions of law extended the deadline for filing the notice of appeal pursuant to TEX.R.APP.P. 26.1. The Court finds that this is a reasonable explanation for the Appellants' failure to file the notice of appeal by the due date. Accordingly, the Court finds that it has jurisdiction of the appeal.

IT IS SO ORDERED this 17th day of September, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.
(Rivera, not participating)